IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DONALD KIEHBORTH and ANNELLE KIEHBORTH, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT O. SCOTT, et al., <br><br> Defendants. | No. 3:12-cv-00406 <br> Judge Nixon <br> Magistrate Judge Brown <br><br> JURY DEMAND |

## ORDER

The parties to this action have filed a Joint Stipulation for Dismissal with Prejudice ("Stipulation"). (Doc. No. 11.) They stipulate that to the dismissal of the action with prejudice on the merits, with the parties to bear their own attorney's fees and costs, with the exception that the Defendants will pay all court costs. (*Id.*) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the case is **DISMISSED with prejudice**. The Court **DIRECTS** the Clerk to close the case.

It is so ORDERED.

Entered this 16th day of October, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT